# EXHIBIT B























Harland Clarke