# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Weaver Leather, LLC | ) | Case No. |
| | ) | |
| Plaintiff, | ) | Judge |
| | ) | |
| vs. | ) | |
| | ) | |
| Climbing Innovations, LLC | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Richard Mumford | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Weaver Leather, LLC moves under Federal Rule of Civil Procedure 65 and 35 U.S.C. § 283 for a preliminary injunction enjoining defendants Climbing Innovations, LLC and Richard Mumford, its officers, directors, employees, and anyone acting in concert with any of the foregoing, from, during the pendency of this action:

> (1) making, using, selling, offering for sale, or importing any products that are covered by one or more claims of U.S. Patent No. 9,352,190, duly owned by Weaver Leather, including, but not limited to, the SAKA-mini-MAX and the SAKA mini conversion kit, and

> (2) making any disparaging statements or representations in contradiction to the previously executed Settlement Agreement and Release between the parties.

The reasons for granting this motion are more fully explained in the attached memorandum, which is incorporated here by reference.

{8312190: }

Dated: August 29, 2019	   s/ David B. Cupar
David B. Cupar
Matthew J. Cavanagh
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Counsel for Weaver Leather, LLC*