# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Weaver Leather, LLC | ) | Case No. |
| | ) | |
| Plaintiff, | ) | Judge |
| | ) | |
| vs. | ) | |
| | ) | |
| Climbing Innovations, LLC | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Richard Mumford | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO FILE UNDER SEAL

Weaver Leather, LLC ("Weaver Leather") moves for an order sealing its unredacted Complaint and Motion for Preliminary Injunction against Climbing Innovations, LLC and Richard Mumford (collectively, "Mumford") pursuant to Local Rule 5.2 and Federal Rule of Civil Procedure 26(c) and in support thereof states as follows:

Weaver Leather and Mumford entered into a Settlement Agreement and Release executed March, 9, 2018 ("Agreement"). The Agreement forms part of Weaver Leather's basis for its claims against Mumford, including breach of contract.

The Agreement provides that the "Agreement and its contents…shall remain confidential and shall not be disclosed to any third party whatsoever, except the parties' counsel, accountants, financial advisors, and tax professionals retained by them, any federal, state, or local Government Authority, and the parties' management, officers, and board of directors, Affiliates, Successors and except as required by law or order of court." This confidentiality provision establishes good cause for granting this motion.

To comply with its obligations under the Agreement, Weaver Leather seeks to file its unredacted Complaint and Motion for Preliminary Injunction under seal. Concurrently with this motion, Weaver Leather is filing a redacted Complaint and Motion for Preliminary Injunction.

Weaver Leather requests that this Court enter an Order designating that the unredacted Complaint and Motion for Preliminary Injunction be filed under seal pursuant to Federal Rule of Civil Procedure 26(c), where the manner of sealing is specified by Local Rule 5.2, and ordering that the unredacted Complaint and Motion for Preliminary Injunction be kept under seal by the clerk of the court, together with any other further relief this court deems just and proper.

Dated: August 29, 2019

     s/ David B. Cupar
David B. Cupar
Matthew J. Cavanagh
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

*Counsel for Weaver Leather, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Weaver Leather, LLC | ) | Case No. |
| | ) | |
| Plaintiff, | ) | Judge |
| | ) | |
| vs. | ) | |
| | ) | |
| Climbing Innovations, LLC | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Richard Mumford | ) | |
| | ) | |
| Defendants. | ) | |

## Order Granting Plaintiff's Motion To File Under Seal

This matter came matter came before the Court on Plaintiff's motion to file its unredacted Complaint and Motion for Preliminary Injunction under seal. For the reasons stated in Plaintiff's Motion, and the Court being sufficiently advised, the Court finds the Motion well-taken. The Clerk of the Court will accept the unredacted Complaint and Motion for Preliminary Injunction for filing under seal, and will restrict the unredacted Complaint and Motion for Preliminary Injunction on the Court's docket consistent with the requirements of Local Rule 5.2.

**SO ORDERED,**

_____

**United States District Judge**

{8312198: }