# EXHIBIT I

# Claim Chart U.S. Patent No. 9,352,190:

| Claims | '190 Patent | SAKA-mini-MAX |
|---|---|---|
| Claim 1 | An apparatus for use in rope climbing comprising: | Mumford offers for sale and sells the SAKA-mini-MAX, which is an apparatus for use in rope climbing. |
| | an elastic cord having a fixed end and a free end defining a length; | The SAKA-mini-MAX includes a "super stretch bungee" having fixed end and a free end defining a length.<br><br>**free end of elastic cord**　　**fixed end of elastic cord** |
| | a load bearing member having a hollow core open at an aperture, | The SAKA-mini-MAX includes a load bearing member having a hollow core open at an aperture:<br><br>**aperture**<br><br>**load bearing member having hollow core** |

{claim chart: }

# Claim Chart U.S. Patent No. 9,352,190:

| | | |
|---|---|---|
| | wherein the fixed end of the elastic cord is secured relative to the load bearing member, | The fixed end of the elastic cord of the SAKA-mini-MAX is secured relative to the load bearing member. The fixed end of the elastic cord is knotted and protrudes from the load bearing member, which is furthermore consistent with a potential embodiment disclosed in Col. 6, ll. 24-27 of the '190 Patent. |
| | an interior portion of the length of the elastic cord extends from the fixed end through the hollow core to the aperture, and an exterior portion of the length of the elastic cord extends through the aperture to the free end external to the load bearing member; | The elastic cord of the SAKA-mini-MAX has an interior portion of the length extending from the fixed end through the hollow core to the aperture, and an exterior portion of the length of the elastic cord extends through the aperture to the free end external to the load bearing member.<br><br> |
| | an ascender secured to the load bearing member adjacent to the aperture; and | The SAKA-mini-MAX includes an ascender secured to the load bearing member adjacent the aperture. |

**Claim Chart U.S. Patent No. 9,352,190:**



| | | |
|---|---|---|
| | | aperture / ascender / load bearing member |
| | a foot attachment depending from the load bearing member. | The SAKA-mini-MAX includes a foot attachment depending from the load bearing member. load bearing member / foot attachment |

{claim chart: }