# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Weaver Leather, LLC | ) | Case No. 5:19-cv-01990-JRA |
| | ) | |
| Plaintiff, | ) | Judge John R. Adams |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATIONS** |
| Climbing Innovations, LLC *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATIONS ON MOTION TO FILE UNDER SEAL (ECF #6) AND RESPONSE TO PRELIMINARY INJUNCTION MOTION (ECF #2)

The Parties Weaver Leather, LLC ("Weaver Leather") and Climbing Innovations, LLC and Richard Mumford (collectively, "Mumford") have agreed to the following:

1.     Mumford stipulates it does not oppose Weaver Leather's motion to file under seal, and

2.     Weaver Leather stipulates that Mumford shall answer, move, or otherwise respond to Weaver Leather's motion for preliminary injunction and complaint by September 20, 2019.

Respectfully submitted,


  s/ William F. Long                         s/ David B. Cupar       

William F. Long                           David B. Cupar

Smith, Gambrell & Russell LLP       Matthew J. Cavanagh

1230 Peachtree St.                     McDonald Hopkins LLC

Promenade, Suite 3100             600 Superior Avenue, East, Ste. 2100

Atlanta, GA 30309                   Cleveland, Ohio 44114

T 404-815-3500 │ f 404-685-6859     t 216.348.5400 │ f 216.348.5474

*Counsel for Climbing Innovations,*     dcupar@mcdonaldhopkins.com

*LLC and Richard Mumford*           mcavanagh@mcdonaldhopkins.com


*(admission papers forthcoming in the*  *Counsel for Weaver Leather, LLC*

*immediate future)*


Dated: September 13, 2019