UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Weaver Leather, LLC )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>Climbing Innovations, LLC and )<br>Richard Mumford )<br>)<br>      Defendants. ) | Case No. 5:19cv1990-JRA<br>Judge John R. Adams |

**AMENDMENT TO DEFENDANTS' ANSWER, DEFENSES, AND COUNTERCLAIMS**

Defendants Climbing Innovations, LLC and Richard Mumford (collectively "Defendants"), in accordance with Rule 15 of the Federal Rules of Civil Procedure, hereby correct a typographical error appearing in Defendants' Answer, Defenses, and Counterclaims filed on September 20, 2019 (Docket # 17, and also filed under seal with the Court). Defendants incorporate by reference the entirety of Defendants' Answer, Defenses, and Counterclaims, and they hereby amend the typographical error appearing in the defense asserted in paragraph 92, by replacing it with the following:

    92.    The 190 patent is invalid under the prior art, including without limitation, the prior art references identified in US Patent Number 10,052,521.

Respectfully submitted this 9th day of October, 2019.

                                                            s/ William F. Long
                                                          William F. Long
                                                          SMITH GAMBRELL & RUSSELL LLP
                                                          1230 Peachtree Street NE, Suite 3100
                                                          Atlanta, Georgia 30309
                                                          tel. 404-815-3500
                                                          fax 404-685-6859
                                                          blong@sgrlaw.com
                                                          Counsel for Defendants

Certificate of Service

I hereby certify that on October 9, 2019, I served the foregoing document on all counsel of record by filing it with the with the ND Ohio electronic filing system and also by emailing the document to them.

                                           s/ William F. Long